IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLANCA PAIZ | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-2754 |
| | : | |
| ANDREW SAUL,[1] | : | |
| *ACTING COMMISSIONER OF SOCIAL* | : | |
| *SECURITY* | : | |

**ORDER**

AND NOW, this 12th day of June, 2020, upon consideration of Plaintiff Blanca Paiz's Brief and Statement of Issues in Support of Request for Review, Defendant Andrew Saul, the Commissioner of Social Security's response, Paiz's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and Paiz's objections, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Paiz's objections to the Report and Recommendation (Document 14) are OVERRULED;

2. The Report and Recommendation (Document 13) is APPROVED and ADOPTED;

3. Paiz's Request for Review (Document 9) is DENIED; and

4. Judgment is entered in favor of Defendant Andrew Saul, Commissioner of Social Security in the above-captioned case.

The Clerk of Court is DIRECTED to mark this case CLOSED.

---

[1] Andrew Saul became the Commissioner of Social Security on June 17, 2019. Pursuant to Federal Rule of Civil Procedure 25(d), Saul is substituted for Nancy A. Berryhill as the Defendant in this case.

2

BY THE COURT:


 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.